IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON TAYLOR,** | : | **CIVIL NO. 1:15-CV-1413** |
| **Plaintiff** | : | |
| v. | : | **(Judge Rambo)** |
| | : | **(Magistrate Judge Carlson)** |
| **HARRISBURG POLICE DEPARTMENT,** *et al.*, | : | |
| **Defendant** | : | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| **AARON TAYLOR,** | : | **CIVIL NO. 1:15-CV-1414** |
| **Plaintiff** | : | |
| v. | : | **(Judge Rambo)** |
| | : | **(Magistrate Judge Carlson)** |
| **HARRISBURG POLICE DEPARTMENT,** *et al.*, | : | |
| **Defendant** | : | |

**O R D E R**

AND NOW, this 13th day of August, 2015, **IT IS HEREBY ORDERED THAT**:

1) The court adopts in part and rejects in part the report and recommendation of the magistrate judge (Doc. 6), as follows:

   a) The recommendation that the issues raised in the captioned cases be litigated in case number 1:15-CV-0547 is rejected as moot because that case was dismissed on July 27, 2015.

   b) The recommendation that the captioned cases be dismissed with prejudice is adopted.

2) The captioned actions are dismissed with prejudice.

3) The Clerk of Court shall close the files.

4) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

s/Sylvia H. Rambo<br>United States District Judge